IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  26–22–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MARIO GARCIA MARTINEZ, | |
| Defendant. | |

The parties have filed a Joint Motion waiving the presentence interview and seeking expedited sentencing. (Doc. 28.) The Defendant and Government have agreed to proceed to sentencing in this case without the presentence interview and reporting procedure described in Federal Rule of Criminal Procedure 32(c)(1)(A).

Accordingly, IT IS ORDERED that the Motion is GRANTED. The presentence report interview is waived, and sentencing shall proceed pursuant to Fed. R. Crim. P. 32(c)(1)(A)(ii).

DATED this 29th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court